**Law Office of Steven J. Sico & Associates, P.C.**
235 Main Street
Woodbridge, NJ 07095
Tel: (732) 636-2660
Fax: (732) 636-2425
Attorneys for the Debtors, Walter Pollard and Carol Pollard

|  |  |
|---|---|
| In re Walter Pollard and Carol Pollard,<br><br>Debtors, | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NUMBER 13-37764-JHW<br>Chapter 7 |

MOTION BY DEBTOR TO VOLUNTARILY DISMISS CHAPTER 7

JOHN W. HARGRAVE, trustee
117 CLEMENS BRIDGE ROAD
BARRINGTON, NEW JERSEY  08007

PLEASE TAKE NOTICE that as soon as practicable that counsel may be heard, the undersigned attorney for the debtor will move before the United States Bankruptcy Court, 400 Cooper Street, 4th Floor, Camden, New Jersey, for an Order permitting the VOLUNTARY DISMISSAL of the above referenced Chapter 7 petition.

March 21, 2014                                                                              /s/Christopher R. Higgins, Esq.
                                                                                                   Christopher R. Higgins, Esq.
                                                                                                              Attorney for Debtors

**Law Office of Steven J. Sico & Associates, P.C.**
235 Main Street
Woodbridge, NJ 07095
Tel: (732) 636-2660
Fax: (732) 636-2425
Attorneys for the Debtors, Walter Pollard and Carol Pollard

|  |  |
|---|---|
| In re Walter Pollard and Carol Pollard,<br><br>Debtors, | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NUMBER 13-37764-JHW<br>Chapter 7 |

CERTIFICATION OF DEBTOR'S ATTORNEY.

1. I am an attorney at law licensed to practice in the State of New Jersey and have been admitted to the Federal Courts of this state allowing me to make this motion.
2. The Chapter 7 petition was filed on December 25, 2013.
3. After discussion of the matter with the debtors, they do not wish to proceed any further with the bankruptcy at this time, and wish the case to be dismissed.
4. Disposition of this motion on the papers is requested.
5. This case has not been converted under sections 706, 1112, or 1208.

WHEREFORE the debtors pray for the relief requested herein.

I herein certify that the foregoing certification made by me is true and that if any statement made is willfully false that I am subject to punishment.

Dated:  March 21, 2014                                        /s/Christopher R. Higgins, Esq.
                                                              Christopher R. Higgins, Esq.
                                                              Attorney for Debtors

**Law Office of Steven J. Sico & Associates, P.C.**
235 Main Street
Woodbridge, NJ 07095
Tel: (732) 636-2660
Fax: (732) 636-2425
Attorneys for the Debtors, Walter Pollard and Carol Pollard

|  |  |
|---|---|
| In re Walter Pollard and Carol Pollard,<br><br>Debtors, | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NUMBER 13-37764-JHW<br>Chapter 7 |

ORDER

The relief set forth herein is hereby ORDERED:

1. The Motion of Christopher R. Higgins, Esq., seeking to voluntarily dismiss the Debtors' petition is granted;
2. The movant shall serve this Order upon all counsel via certified mail return receipt requested within 7 days of entry of this Order.

Dated:                                                              _____

                                                                            Hon. Judith H. Wizmur